UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHY FERRIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cv-00469 |
| AETNA LIFE INSURANCE COMPANY, | ) Judge Thomas M. Durkin ) ) |
| Defendant. | ) ) |

## DEFENDANT'S CROSS-MOTION FOR JUDGMENT

Defendant, Aetna Life Insurance Company ("Aetna" or "Defendant"), by its attorneys, pursuant to the Court's July 6, 2017 Order [ECF# 80] and Federal Rule of Civil Procedure 52, hereby files Defendant's Cross-Motion for Judgment and responds to Plaintiff's Motion for Judgment.

In support of this Motion, Defendant files contemporaneously herewith and incorporates herein its joint Memorandum in Support of Cross-Motion for Judgment and Response to Plaintiff's Motion for Judgment, Defendant's Proposed Findings of Fact and Conclusions of Law, and Defendant's Response to Plaintiff's Findings of Fact.

Defendant respectfully requests that the Court grant its Motion, deny Plaintiff's Motion for Judgment and enter judgment on behalf of Defendant and against Plaintiff.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*s/Kimberly A. Jones*
Kimberly A. Jones
Illinois Bar No. 6293083
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Phone: 312-558-1220
Fax:    312-807-3619
kimberly.jones@ogletreedeakins.com


Eric P. Mathisen
Indiana Bar No. 19475-71
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8666
Fx.: (219) 242-8669
eric.mathisen@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *DEFENDANT'S CROSS-MOTION FOR JUDGMENT* was filed electronically on October 9, 2017 which will result in all parties of record being served with copies through the ECF system.

                                                      s/Kimberly A. Jones
                                                      Kimberly A. Jones

31523130.1